UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

vs.                                                            **CASE NO.: 5:05cr4/MCR**

**JAMES OLIVER GILMER**
_____/

### ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 motion (doc. 54) advising that a reduction in Defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his assistance to the Government in the investigation and prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced to 36 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed October 13, 2005, shall remain unchanged.

    ORDERED this 23rd day of June, 2006.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**